No reversible error appearing, the judgment is affirmed.

**Alfredo Cervantes Guitan MARTINEZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27987.**

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

426

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful exhibition of lewd and lascivious motion pictures; the punishment, 30 days in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.